8578.  LAWRENCE v. FIRST NATIONAL BANK OF FORSYTH.

BROYLES, P. J.  It does not appear that the refusal of the judge, at the trial term, to open the default in this case was any abuse of the wide legal discretion vested in him as to such a matter.

*Judgment affirmed. Jenkins, J., concurs. Bloodworth, J., disqualified.*
DECIDED JULY 23, 1917.

Complaint; from Monroe superior court—Judge Searcy. February 15, 1917.

*H. W. Nalley,* for plaintiff in error.